

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 9, 2019

**BY ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. James Moodhe,**
            **17 Cr. 491 (VM)**

Dear Judge Marrero:

     As the Court is aware, in August 2017, James Moodhe, the defendant in the above-captioned, matter pleaded guilty to securities fraud and related offenses, pursuant to a cooperation agreement. Moodhe has been cooperating with the Government in its prosecution of *United States* v. *Michael Siva*, et al., 17 Cr. 503 (AJN), a five defendant insider trading case presided over by Judge Nathan. At this point, all five of those defendants have pleaded guilty and been sentenced. Accordingly, the Government respectfully requests that the Court order the preparation of a Presentence Report and schedule a sentencing date.

                                                       Very Truly Yours,

                                                       GEOFFREY S. BERMAN
                                                       United States Attorney

                                        By: _____
                                                 Andrea M. Griswold
                                                 Assistant United States Attorney
                                                 (212) 637-1205