# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Hugh D. Sandler
*Counsel*

Nicolas J. Rovner

*Of Counsel*
Lisa A. Cahill
Wendy Gerstmann Powell

Writer's E-mail
lkrantz@krantzberman.com

October 8, 2019

**BY FAX (212) 805-6382**

The Honorable Victor Marrero, U.S.D.J.
United States Courthouse
500 Pearl Street – Suite 1040
New York, New York 1007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/19
```

**Re:** *United States v. James Moodhe*, 17 Cr. 491 (VM)

Dear Judge Marrero,

I represent James Moodhe in the above referenced matter. Sentencing for Mr. Moodhe is currently scheduled for November 8, 2019. However, during that time I will be engaged in jury selection for a trial in the Eastern District of New York – Central Islip – that is slated to last four weeks. Accordingly, *with the government's consent*, I respectfully request that Your Honor adjourn the sentencing of Mr. Moodhe to a date convenient to the Court in late January 2019.

Thank you for your consideration of this request.

Respectfully Submitted,

Larry H. Krantz

cc:   AUSA Andrea Michelle Griswold (by E-Mail)

```
Request GRANTED. The sentencing of defendant James
Moodhe herein is rescheduled to 1-31-20
at 4:15 p.m.

SO ORDERED.

10-9-19                    /s/ Victor Marrero
DATE              VICTOR MARRERO, U.S.D.J.
```