**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X

UNITED STATES OF AMERICA,    :

   :

   :        **17 CR 491(VM)**

   -against-    :           **ORDER**

   :

JAMES MOODHE,    :

   :

           Defendant.    :

--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

      It is hereby ordered that the sentencing of the above-named

defendant, currently scheduled to be held on Friday, April 10,

2020, shall be rescheduled to Friday, June 19, 2020 at 2:00 p.m.


**SO ORDERED:**


Dated:      New York, New York
           26 March 2020

                                  _____

                                     Victor Marrero
                                      U.S.D.J.