```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :     17 CR 491(VM)
          -against-                :        ORDER
                                   :
JAMES MOODHE,                      :
                                   :
                  Defendant.       :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated June 2, 2020, the parties jointly request that the sentencing of the above-named defendant be adjourned to a date in September of 2020. Accordingly, it is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, June 19, 2020, shall be rescheduled to Friday, September 4, 2020 at 11:00 a.m.

**SO ORDERED:**

Dated:   New York, New York
         03 June 2020

_____
Victor Marrero
U.S.D.J.