**KRANTZ & BERMAN LLP**

Larry H. Krantz
Marjorie E. Berman

Hugh D. Sandler
*Counsel*

Nicolas J. Rovner

Lisa A. Cahill
Wendy Gerstmann Powell

Writer's E-mail
lkrantz@krantzberman.com

August 14, 2020

**BY E-MAIL**

The Honorable Victor Marrero, U.S.D.J.
United States Courthouse
500 Pearl Street – Suite 1040
New York, New York 1007

Re:   *United States v. James Moodhe*, 17 Cr. 491 (VM)

Dear Judge Marrero,

We represent James Moodhe in the above referenced matter. Due to the Coronavirus pandemic, Your Honor previously adjourned Mr. Moodhe's sentencing to September 4, 2020. *With the government's consent*, we respectfully request an adjournment of Mr. Moodhe's sentencing to a date in November that is convenient for the Court. Hopefully, we will be able to conduct the sentencing in person at that time.

Thank you for your consideration of this request.

Respectfully Submitted,

Larry H. Krantz

cc:   AUSA Andrea Michelle Griswold (by E-Mail)

The request is granted. Mr. Moodhe's sentencing is adjourned until Friday November 6, 2020 at 10:30 a.m. The sentencing will be conducted via teleconference, unless otherwise ordered by this Court.

SO ORDERED.
8/20/2020
DATE                    VICTOR MARRERO, U.S.D.J.

747 Third Avenue  32nd Floor  New York, New York 10017-2803  Telephone 212.661.0009  Fax 212.355.5009
140 Grand Street  Suite 705  White Plains, New York 10601-4831  Telephone 914.949.3909
www.krantzberman.com