USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :     17-CR-491 (VM)
                                         :
          - against -                    :     **ORDER**
                                         :
JAMES MOODHE,                            :
                                         :
                    Defendant.           :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon defense counsel's letter request, and with the Government's consent, the sentencing previously scheduled for November 6, 2020 is hereby adjourned until November 20, 2020 at 11:00 a.m.

In light of the ongoing public health emergency, the sentencing shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**
Dated:    New York, New York
          20 October 2020

_____
Victor Marrero
U.S.D.J.