## KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
—————
Hugh D. Sandler
Jerrold L. Steigman
*Counsel*
—————
Nicolas J. Rovner

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 12/17/2020

December 16, 2020

**BY ECF**

The Honorable Victor Marrero, U.S.D.J.
United States Courthouse
500 Pearl Street – Suite 1040
New York, New York 10007

     *Re: United States v. James Moodhe, 17-CR-491 (VM)*

Dear Judge Marrero,

     As the Court is aware, we represent James Moodhe in connection with the above referenced case. Mr. Moodhe has paid the $500 special assessment directed by Your Honor, and is now on supervised release. We write to respectfully request that Your Honor direct the Southern District Pretrial Services ("SDPS") to return Mr. Moodhe's passport to him. Neither the Government nor SDPS objects to our application.

     Given that Mr. Moodhe has been sentenced and is now authorized to travel (with prior permission from the Court or his Probation Officer) we respectfully submit that this is an appropriate time to return Mr. Moodhe's passport. This application is also consistent with SDPS' published procedures for return of passports which anticipate that within 90 days of sentencing, defendant "[may] obtain an order from the judicial officer to have the passport returned…" *See* http://www.nyspt.uscourts.gov/forms/passport_procedures.pdf.

     We thank the Court for its consideration of this request.

> The request is granted. Pretrial Services
> is hereby directed to return defendant
> Moodhe's passport to him.
>
> **SO ORDERED.**
>
> 12/17/2020
> DATE            VICTOR MARRERO, U.S.D.J.

Respectfully Submitted,

Larry H. Krantz

cc: Andrea Griswold, Assistant United States Attorney (via E-Mail and ECF)